Entered: July 14th, 2021
Signed: July 14th, 2021

**SO ORDERED**

NO TIMELY RESPONSE TO COURT INSTRUCTION [ECF NO. 59].



NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Baltimore

In re:   Case No.: **20−19493 − NVA**   Chapter: **13**

**Jason Darryl LaManna**
Debtor

## ORDER OVERRULING OBJECTION TO CLAIM

Upon consideration of the objection filed by Jason Darryl LaManna to the claim of SN Servicing Corporation and the response thereto, and it appearing that there are insufficient grounds for the objection, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the objection to the claim described above is hereby overruled, and said claim of SN Servicing Corporation is allowed.

cc:   Attorney for Objecting Party – Robert Grossbart
      Case Trustee – Rebecca A. Herr
      Claimant – SN Servicing Corporation
      Claimant's Attorney – Richard Rogers

### End of Order

10x02 (rev. 09/04/1997) – JolonAnderson